# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDON A. POTTS,

    Petitioner,

vs.

SHERIFF DOUGLAS GILLESPIE, et al.,

    Respondents.

Case No. 2:13-cv-00091-APG-NJK

**ORDER**

    Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#1). The court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will serve the petition upon respondents for a response.

    IT IS THEREFORE ORDERED that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

    IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a copy of the petition (#1) and this order.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the petition. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

1   IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a
2 separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments
3 that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits
4 in the attachment. The hard copy of any additional state court record exhibits shall be
5 forwarded—for this case—to the staff attorneys in Las Vegas.
6   DATED: July 1, 2013.

                                    _____
                                    ANDREW P. GORDON
                                    United States District Judge