1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9 BRANDON A. POTTS,

10          Petitioner,                          Case No. 2:13-cv-00091-APG-NJK

11 vs.                                          **ORDER**

12 SHERIFF DOUGLAS GILLESPIE, et al.,

13          Respondents.

14

15          Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254

16 (#1).  The court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254

17 Cases in the United States District Courts.  The court will serve the petition upon respondents for a

18 response.

19          IT IS THEREFORE ORDERED that the clerk shall add Catherine Cortez Masto, Attorney

20 General for the State of Nevada, as counsel for respondents.

21          IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a

22 copy of the petition (#1) and this order.

23          IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date

24 on which the petition was served to answer or otherwise respond to the petition.  If respondents file

25 and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254

26 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from

27 the date on which the answer is served to file a reply.

28

1    IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

2  separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments

3  that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

4  in the attachment.  The hard copy of any additional state court record exhibits shall be

5  forwarded—for this case—to the staff attorneys in Las Vegas.

6    DATED: July 1, 2013.

7

8    _____
     ANDREW P. GORDON
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28